1
2
3
4
5
6
7

8                **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11    MICHELLE ESTELLE CALDERA,       CASE NO. CV 24-2937 SVW (PVC)

12              Petitioner,

13      v.                      **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

14    ANISSA DE LA CRUZ, Acting Warden,

15              Respondent.

16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for Time

19 Extension, all the records and files herein, and the Report and Recommendation of the

20 United States Magistrate Judge.  The time for filing Objections to the Report and

21 Recommendation has passed and no Objections have been received.  Accordingly, the

22 Court accepts and adopts the findings, conclusions, and recommendations of the

23 Magistrate Judge.

24

25        IT IS ORDERED that the Motion for Time Extension is denied, and Judgment

26 shall be entered dismissing this action without prejudice.

27

28

1         IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

2    Judgment herein on Petitioner at her current address of record.

3

4         LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6    DATED:  August 12, 2024

7                              STEPHEN V. WILSON
                            UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28