JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ESTELLE CALDERA,<br><br>Petitioner,<br><br>v.<br><br>ANISSA DE LA CRUZ, Acting Warden,<br><br>Respondent. | Case No. CV 24-2937 SVW (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED: August 12, 2024

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE